IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No.7:12-CV-322-BO

| | |
|---|---|
| HAYLEIGH LYNN PEREZ and JASON RAY THIGPEN, <br> Plaintiffs, <br> v. <br> THE STATE OF NORTH CAROLINA; THE UNIVERSITY OF NORTH CAROLINA BOARD OF GOVERNORS; PETER D. HANS, Chairman; H. FRANK GRAINGER, Vice Chairman; and ANN B. GOODNIGHT, Secretary, in their official capacities, <br> Defendants. | ORDER |

This matter is before the Court on defendants' motion to deem their motion to dismiss timely filed. For good cause shown, defendants' motion [DE 17] is GRANTED and their motion to dismiss filed January 25, 2013, is deemed timely filed. In light of the foregoing, the clerk is directed to issue to plaintiffs, *pro se*, a Rule 12(b) letter permitting them twenty-one days from the date of entry of this order in which to respond to the motion to dismiss.

SO ORDERED, this 12 day of March, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE